IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

CHARLES BOWE,

        Plaintiff,

vs.                                                 CASE NO. 5:07cv113/RS-MD

FEDERAL BUREAU OF PRISONS, et al,

        Defendants.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 5). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. This case is dismissed without prejudice because of Plaintiff's failure to comply with an order of the court and for failure to prosecute this action.

3. The clerk is directed to close the file.

ORDERED on August 31, 2007.

                                                   /S/ Richard Smoak
                                                 **RICHARD SMOAK**
                                                 **UNITED STATES DISTRICT JUDGE**